IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PERRY SATCHELL,

   Petitioner,      No. CIV S-07-1250 MCE DAD P

 vs.

D.K. SISTO, Warden,

   Respondent.     FINDINGS & RECOMMENDATIONS

_____/

   By order filed February 7, 2008, petitioner's "Motion for Federal Receivership of the Board of Parole Hearing and Gubernatorial Review" was dismissed and thirty days leave to file a petition that complies with the requirements of the rules Governing Section 2255 Cases, the Federal Rules of Civil Procedure, and the Local Rules of Practice was granted. The thirty day period has now expired, and petitioner has not filed a petition or otherwise responded to the court's order.

   Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

   These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, petitioner may file written

1

1  objections with the court.  The document should be captioned "Objections to Magistrate Judge's
2  Findings and Recommendations."  Petitioner is advised that failure to file objections within the
3  specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
4  F.2d 1153 (9th Cir. 1991).
5  DATED: March 25, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:lg
satch1250.fta