IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PERRY SATCHELL,

    Petitioner,        No. CIV S-07-1250 MCE DAD P

  vs.

D.K. SISTO, Warden,

    Respondent.        ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with an amended petition for writ of habeas corpus, challenging the Board of Parole Hearings' 2006 decision to deny him parole.

        On May 27, 2008, respondent filed a request to stay these proceedings pending issuance of the mandate in Hayward v. Marshall, 512 F.3d 536 (9th Cir. 2008), reh'g en banc granted, 527 F.3d 797 (9th Cir. May 16, 2008). Petitioner has filed a timely opposition to respondent's request.

        After a review of the record and the relevant case law, this court concludes that respondent's request should be denied. See Landis v. North American Co., 299 U.S. 248, 254 (1936) (a district court has broad discretion in deciding whether to stay proceedings in its own court). In any event, respondent's request appears to be moot. On June 27, 2008, respondent filed an answer to petitioner's amended petition.

1  Good cause appearing, IT IS HEREBY ORDERED that:

2  1. Respondent's May 27, 2008 request to stay these proceedings is denied; and

3  2. Within thirty days from the date of this order, petitioner shall file a reply, if

4  any, to respondent's answer.

5  DATED: July 10, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
satc1250.msty